[No. 41606-9-II.   Division Two.   May 10, 2012.]

CHUN CHA CHI, *Appellant*, v. MAXCARE OF WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-09538-3, John A. McCarthy, J., entered November 29, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 41705-7-II.   Division Two.   May 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHRYN A. LORAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00214-5, Kenneth D. Williams, J., entered January 19, 2011. *Reversed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 41821-5-II.   Division Two.   May 10, 2012.]

ELIZABETH YVONNE KIMBALL, *Respondent*, v. MASAYOSHI ICHIKAWA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-2-05480-4, Roger A. Bennett, J., entered February 2, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 41914-9-II.   Division Two.   May 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT C. WARMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00356-8, Amber L. Finlay, J., entered March 14, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.